**SZAFERMAN LAKIND**

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

| | | |
|---|---|---|
| Arnold C. Lakind | | Of Counsel |
| Barry D. Szaferman | | Stephen Skillman |
| Jeffrey P. Blumstein | | Linda R. Feinberg |
| Steven Blader - Rtd. | | Anthony J. Parrillo |
| Brian G. Paul+ | | Paul T. Koenig, Jr. |
| Craig J. Hubert++ | | Nathan M. Edelstein** |
| Michael R. Paglione* | | Keith L. Hovey*** |
| Lionel J. Frank** | | Jeffrey M. Hall |
| Jeffrey K. Epstein+ | | |
| Stuart A. Tucker | | Lindsey Moskowitz Medvin** |
| Scott P. Borsack*** | | Robert L. Lakind*** |
| Daniel S. Sweetser* | | Melissa A. Chimbangu |
| Robert E. Lytle | | Brian A. Heyesey |
| Janine G. Bauer*** | | Christopher S. Myles |
| Daniel J. Graziano Jr. | | Christopher S. Kwelty |
| Bruce M. Sattin*** | | Brandon C. Simmons* |
| Robert P. Panzer | | Jason M. Sokel** |
| Benjamin T. Branche* | | |
| Robert G. Stevens Jr.** | | Counsel |
| Michael D. Brottman** | | Bhuchar Law Firm |
| Janine Danks Fox* | | www.bhucharlaw.com |
| Thomas J. Manzo** | | Tel(609)514-5195 |

+Certified Matrimonial Attorney
++Certified Civil and Criminal
Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
Tel(609)655-3600

November 5, 2018

**VIA ECF**
Clerk
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

    Re:    **Anderton, et al. v. 3M Company, et al.**
                  **Case No. 3:18-cv-14949 (MAS) (LHG)**

Dear Sir or Madam:

    This firm represents Plaintiffs William and Margie Anderton in the above matter. Currently pending before the Court is Defendant Imerys Talc America, Inc.'s ("Imerys") motion to dismiss for lack of personal jurisdiction. (ECF No. 6). Pursuant to L. Civ. R. 7.1(d)(5), Plaintiffs respectfully request that Imerys' motion be adjourned from November 19, 2018 to December 3, 2018. The originally noticed motion day has not previously been extended or adjourned. In addition, there is also a pending motion to remand this action back to the Superior Court of New Jersey which, if granted, could moot Imerys' motion to dismiss.

    Thank you.

    Respectfully submitted,

    **SZAFERMAN, LAKIND,**
    **BLUMSTEIN & BLADER, P.C.**

    /s/Robert E. Lytle

c:  All counsel

2814782.1