# SZAFERMAN LAKIND

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader - Rtd.
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Bruce M. Sattin***
Robert P. Panzer
Benjamin T. Branche*
Robert G. Stevens Jr.**
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**

Of Counsel
Stephen Skillman
Linda R. Feinberg
Anthony J. Parrillo
Paul T. Koenig, Jr.
Nathan M. Edelstein**
Keith L. Hovey***
Jeffrey M. Hall

Lindsey Moskowitz Medvin**
Robert L. Lakind***
Melissa A. Chimbangu
Brian A. Heyesey
Christopher S. Myles
Christopher S. Kwelty
Brandon C. Simmons*
Jason M. Sokel**

Counsel
Bhuchar Law Firm
www.bhucharlaw.com
Tel(609)514-5195

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
Tel(609)655-3600

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

November 5, 2018

**VIA ECF**
Clerk
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

    Re: **Anderton, et al. v. 3M Company, et al.**
       **Case No. 3:18-cv-14949 (MAS) (LHG)**

Dear Sir or Madam:

  This firm represents Plaintiffs William and Margie Anderton in the above matter. Currently pending before the Court is Defendant Lincoln Electric Company's ("Lincoln") motion to dismiss for lack of personal jurisdiction. (ECF No.10). Pursuant to L. Civ. R. 7.1(d)(5), Plaintiffs respectfully request that Lincoln's motion be adjourned from November 19, 2018 to December 3, 2018. The originally noticed motion day has not previously been extended or adjourned. In addition, there is also a pending motion to remand this action back to the Superior Court of New Jersey which, if granted, could moot Lincoln's motion to dismiss.

  Thank you.

              Respectfully submitted,

              **SZAFERMAN, LAKIND,**
               **BLUMSTEIN & BLADER, P.C.**

              /s/Robert E. Lytle

c: All counsel

2814795.1