# SZAFERMAN
# LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader - Rtd.
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Bruce M. Sattin***
Robert P. Panzer
Benjamin T. Branche*
Robert G. Stevens Jr.**
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**

Of Counsel
Stephen Skillman
Linda R. Feinberg
Anthony J. Parrillo
Paul T. Koenig, Jr.
Nathan M. Edelstein**
Keith L. Hovey***
Jeffrey M. Hall

Lindsey Moskowitz Medvin**
Robert L. Lakind***
Melissa A. Chimbangu
Brian A. Heyesey
Christopher S. Myles
Christopher S. Kwelty
Brandon C. Simmons*
Jason M. Sokel**

Counsel
Bhuchar Law Firm
www.bhucharlaw.com
Tel(609)514-5195

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
Tel(609)655-3600

November 7, 2018

**Via Electronic Filing and Email (lhg_orders@njd.uscourts.gov)**

Hon. Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7E
Trenton, New Jersey 08608

     Re:   <u>William and Margie Anderton v. 3M Company, et al.</u>
            Case No. 3:18-cv-14949 (MAS)(LHG)

Dear Judge Goodman:

    This firm, along with the firm of Simon Greenstone Panatier, LLC, represents Mr. and Mrs. William Anderton in connection with the above-referenced matter, which was recently removed to this Court from the Superior Court of New Jersey, Middlesex County. Mr. Anderton is terminally ill with mesothelioma as a result of his exposure to asbestos-containing products that were manufactured and/or distributed by the Defendants.[1] The purpose of this letter is to request that, given Mr. Anderton's worsening condition, this Court enter an Order on short notice allowing his video discovery deposition to proceed on November 14, 2018. We are raising this discovery issue by way of letter, rather than a formal motion, after speaking with your chambers.

    An understanding of the procedural history of this case is needed to evaluate the propriety of the Plaintiffs' request. Mr. and Mrs. Anderton originally filed a complaint in the Superior

---

[1] The Third Circuit has recognized that mesothelioma is an "invariably fatal cancer ... for which asbestos exposure is the only known cause ..." <u>In re Patenaude</u>, 210 <u>F.3d</u> 135, 138 (3d Cir.), <u>cert. den.</u>, 531 <u>U.S.</u> 1011 (2000). Those who suffer from mesothelioma, like Mr. Anderton, "generally [die] within two years of diagnosis", during which time "mesothelioma victims invariably suffer great pain and disability." <u>Georgine v. Amchem Products, Inc.</u>, 83 <u>F.3d</u> 610, 633 (3d Cir.), <u>aff'd.</u>, 521 <u>U.S.</u> 591 (1997).

2817815.1



Court of New Jersey on October 3, 2018.  On October 8, 2018, and pursuant to the relevant New Jersey Mass Tort Guidelines, my office submitted a Request for a Recommendation to the Special Discovery Master seeking permission from the Court to conduct a discovery and *de bene esse* deposition of Mr. Anderton beginning on November 14, 2018.  [Exhibit A][2]  The Recommendation Request included a Notice of Deposition under the State Court caption. [Exhibit A at p. 10]  The Request for Recommendation was simultaneously served on all counsel of record for the Defendants named in the complaint.  [Exhibit A at pp. 3-5]  None of the Defendants filed and opposition with the Special Discovery Master.

On October 12, 2018, Counsel for Defendant, Revlon, Inc., filed a Notice of Removal removing the Anderton's complaint to this Court pursuant to Title 28 U.S.C. §§ 1441 and 1332. [Docket #1].  Plaintiffs subsequently filed a Motion to Remand on October 16, 2018which is returnable before Your Honor on November 19, 2018. [Docket #4]

Apparently unaware that the Anderton litigation had been removed to Federal Court, the Special Discovery Master granted the Anderton's Request for Recommendation on October 16, 2018.  [See Exhibit B at pp. 7-8][3]  On October 18, 2018, Plaintiffs served all defendants with a copy of the Special Discovery Master's Recommendation, along with a Notice of Deposition which was issued this time under the Federal Court caption.  [See Exhibit B]  Pursuant to the Recommendation, Plaintiffs' counsel has now furnished Defendants with certified answers to interrogatories, a copy of Mr. Anderton's pathology report and a copy of all his available medical records.

Yesterday Plaintiffs received emails from counsel for both Revlon, Inc. and Pfizer, Inc. objecting to the proposed deposition of Mr. Anderton on grounds that the deposition notice issued under the Federal Court caption [Exhibit B at p. 6] did not comply with the Federal Rules of Civil Procedure.  As a result – and in light of the fact that Mr. Anderton is terminally ill, is experiencing increasing periods of difficulty and his condition is a matter of day-to-day concern - Plaintiffs are making application by way of this letter for an Order permitting Mr. Anderton's video discovery deposition to proceed on November 14th pursuant to the Notice of Deposition issued under the Federal Court caption and the terms set forth in the Recommendation issued by the Special Discovery Master. See, F.R.C.P. 30(a)(2).

---

[2]My cover letter to the Special Master references five categories of documents.  Plaintiffs have only included the first two categories in the attached Exhibit A because categories three through five are voluminous and not otherwise relevant to the issues raised herein.

[3]Again, my cover letter to all defense counsel references five categories of documents.  Plaintiffs have only included the first two categories in the attached Exhibit B because categories three through five are voluminous and not otherwise relevant to the issues raised herein.



*Hon. Lois H. Goodman, U.S.M.J.*
*November 7, 2018*

*Page 3*

Thank you for your consideration.

Respectfully submitted,

Robert Lytle

c:    Joseph Mandia, Esq.
      All Counsel on the Attached Service List

2817815.1

EXHIBIT A

# Exhibit A

391388.1

# SZAFERMAN
# LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Bruce M. Sattin***
Robert P. Panzer
Benjamin T. Branche*
Robert G. Stevens Jr.**
Michael D. Brottman**

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512

Of Counsel
Stephen Skillman
Linda R. Feinberg
Anthony J. Parrillo
Paul T. Koenig, Jr.
Nathan M. Edelstein**
Janine Danks Fox*
E. Elizabeth Sweetser
Keith L. Hovey***
Jeffrey M. Hall

Lindsey Moskowitz Medvin**
Robert L. Lakind***
Thomas J. Manzo**
Melissa A. Chimbangu
Brian A. Heyesey
Christopher S. Myles
Christopher S. Kwelty
Brandon C. Simmons*
Jason M. Sokel**

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

October 8, 2018

**VIA EMAIL AND OVERNIGHT DELIVERY**

To: All Counsel on Attached List

Re:    Anderton  v.  3M Company, et al.
       Docket No. MID-L- 5866 -18AS

Dear Counsel:

Enclosed please find the following in service upon you regarding this matter:

1.    A copy of a request of Special Master Agatha Dzikiewicz to approve a Recommendation, permitting a video discovery deposition and a video *de bene esse* Deposition of Plaintiff, William Anderton;

2.    A Notice of Deposition of Plaintiff, William Anderton, for a video discovery deposition to be held on **Wednesday November 14, 2018, beginning at 10:00 a.m. CST and continuing day to day thereafter as needed,** and a video *de bene esse* deposition to be held **on a Date and Time to be determined and continuing day to day thereafter as needed** provided the Recommendation is approved;

3.    A copy of Plaintiffs' Complaint filed in this matter;

4.    A certified copy of Plaintiffs' Answers to Standard Interrogatories, Part I;

2791268.1



5.    A copy of Plaintiff's Pathology Report. Any additional medical records received prior the deposition will be provided to counsel; and

Thank you.

Very truly yours,

SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.

By:

Robert E. Lytle, Esq.

REL/gah
Enclosures
c:      All Counsel On Attached List
       Leah C. Kagan, Esq.

2791268.1

**WILLIAM ANDERTON and MARGIE ANDERTON   v.   3M COMPANY, et al. et al**

DOCKET NO. MID-L-5866 -18AS

COUNSEL MAILING LIST

LAST UPDATED: 10.5.18
ATTORNEY: REL

**Our File:**          .1

Robert E. Lytle, Esq.
Szaferman, Lakind, Blumstein &  Blader P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
rlytle@szaferman.com
Ph:609-275-0400
Fx:609-275-4511
**\*Counsel for Plaintiff\***

Leah Kagan, Esq.
Simon Greenstone Panatier, PC
1201 Elm Street, Suite 3400
Dallas, TX 75270
lkagan@sgpblaw.com
Ph: 214-276-7680
Fx: 214-276-7699
**\*Co-Counsel for Plaintiffs\***

Catherine E. Brunermer
LAVIN, O'NEIL, CEDRONE & DISIPIO
190 North Independent Mall West
6th & Race Streets
Philadelphia, PA 19106
215-351-7541
215-627-2551 (general fax)
215-351-3044 (direct fax)
cbrunermer@lavin-law.com
**Counsel for 3M Company**

Ronald E. Hurst, Esquire
Albert L. Piccerilli, Esquire
Montgomery McCracken Walker & Rhoads LLP
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel: 856-488-7700
Fax: 215-731-3636
apiccerilli@mmwr.com
rhurst@mmwr.com
mmwr_asbestos@mmwr.com
**Counsel for Brenntag North America, Inc.;
Brenntag Specialties, Inc.**

Gary D. Van Lieu, Esq.
O'Toole Fernandez Weiner Van Lieu
60 Pompton Avenue
Verona, NJ 07044
Ph: 973-239-5700
Fax: 973-239-3400
asbestos@ofwvlaw.com
kotoole@ofwvlaw.com
mfeola@ofwvlaw.com
**Counsel for Colgate Palmolive Co.**

Gavin J. Rooney, Esq.
Naomi D. Barrowclough, Esq.
Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel: 973-597-2472
Fax: 973-597-2473
grooney@lowenstein.com
nbarrowclough@lowenstein.com
**Counsel for Conopco, Inc.; Unilever Home &
Personal Care USA; and Unilever United
States, Inc.**

John C. McMeekin II, Esq.
Linda Dobbins, Esq.
Rawle & Henderson LLP
Widener Building
One South Penn Square
1339 Chestnut Street, 16th Floor
Philadelphia, PA 19107
Ph: 215-575-4200
Fx: 215-563-2583
ldobbins@rawle.com
jmcmeekin@rawle.com
NJAsbestos@rawle.com
**Counsel for Cyprus Amax Minerals
Company; and Imerys Talc America, Inc.**

David L. Wysnewski, Esq.
Suzanne Halbardier, Esq.
Barry McTiernan & Moore, LLC
2 Rector Street, 14th Floor
New York, NY 10006
Dwysnewski@bmmfirm.com
shalbardier@bmmfirm.com
**Counsel for Eli Lilly and Company**


Jack N. Frost, Esq
Stephen R. Long, Esq.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
ph: 973-549-7000
fx: 973-360-9831
**jack.frost@dbr.com**
**asbestos@dbr.com**
**Counsel for Johnson & Johnson and Johnson
& Johnson Consumer Inc., a subsidiary of
Johnson & Johnson**


Donna duBeth Gardiner, Esq.
McElroy Deutsch Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Ph: 973-993-8100
Fax: 973-425-0161
*dgardiner@mdmc-law.com*
**Counsel for Pfizer, Inc.**


Edward Abbot, Esq.
Roy F. Viola, Esq.
Hawkins, Parnell Thackston & Young, LLP
600 Lexington Avenue, 8th Floor
New York, NY 10022
Tel: 212-897-9655
Fax: 646-589-8700
njasbestos@hptylaw.com
eabbot@hptylaw.com
**Counsel for Revlon, Inc.; and Revlon
Consumer Products Corporation**


Gavin J. Rooney, Esq.
Naomi D. Barrowclough, Esq.
Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel: 973-597-2472
Fax: 973-597-2473
grooney@lowenstein.com
nbarrowclough@lowenstein.com
**Counsel for Conopco, Inc.; Unilever Home &
Personal Care USA; and Unilever United
States, Inc.**


Anthony J. Caruso, Esq.
Ronald Suss, Esq.
Richard Picini, Esq
Craig Zickerman - Paralegal
Caruso Smith
60 Route 46 East
Fairfield, NJ 07004
Tel: 973-667-6000
Fax: 973-667-1200
*acaruso@carusosmith.com*
*rsus@carusosmith.com*
*rpicini@carusosmith.com*
*czickerman@carusosmith.com*
**Counsel for Union Carbide Corporation**


Marc Gaffrey, Esq.
Daniel R. Kuszmerski, Esq.
Andrew Kessler, Esq.
Hoagland, Longo, Moran, Dunst & Doukas, LLP
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903
Tel: 732-545-4717
Fax: 732-545-4579
mgaffrey@hoaglandlongo.com
hoagland-asbestos@hoaglandlongo.com
**Counsel for Whittaker Clark & Daniels, Inc.**

**UNKNOWN COUNSEL FOR:**

**CHEVRON PHILLIPS CHEMICAL COMPANY** LP
d/b/a DRILLING SPECIALTIES COMPANY
10001 Six Pines Drive
The Woodlands, TX 77380

**CONOCOPHILLIPS COMPANY**
(sued as successor-by-merger to
PHILLIPS PETROLEUM COMPANY)
600 Dairy Ashford, ML 3170
Houston, Texas 77079

**THE LINCOLN ELECTRIC COMPANY**
22801 St. Clair Avenue
Cleveland, OH 44117

**MONTELLO, INC.**
Corporate Headquarters
6106 E. 32nd Place, Suite 100
Tulsa, OK 74135

**PHILLIPS 66 COMPANY**
600 N. Dairy Ashford Street
Houston, Texas 77079

# SZAFERMAN LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader - Rtd.
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Bruce M. Sattin***
Robert P. Panzer
Benjamin T. Branche*
Robert G. Stevens Jr.**
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**

+Certified Matrimonial Attorney
++Certified Civil and Criminal
Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

Of Counsel
Stephen Skillman
Linda R. Feinberg
Anthony J. Parrillo
Paul T. Koenig, Jr.
Nathan M. Edelstein**
Keith L. Hovey***
Jeffrey M. Hall

Lindsey Moskowitz Medvin**
Robert L. Lakind***
Melissa A. Chimbangu
Brian A. Heyesey
Christopher S. Myles
Christopher S. Kwelty
Brandon C. Simmons*
Jason M. Sokel**

Counsel
Bhuchar Law Firm
www.bhucharlaw.com
Tel(609)514-5195

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
Tel(609)655-3600

October 8, 2018

**VIA HAND DELIVERY**

Agatha Dzikiewicz, Esq.
Special Master
Mass Tort Litigation
56 Paterson Street
Chambers 204
New Brunswick, NJ 08903

      Re:    Anderton  v.  3M Company, et al
            Docket No. MID-L- 5866 -18AS

Dear Ms. Dzikiewicz:

      Enclosed please find an original Recommendation which seeks authorization to conduct a video discovery and a video *de bene esse* deposition of the Plaintiff, William Anderton, in the above-referenced matter.  Also enclosed is a copy of Plaintiffs' filed Complaint in this matter, counsel list, Plaintiffs' Answers to Standard Interrogatories, Part I, and Pathology Report. Plaintiff would like to conduct the video discovery deposition on **Wednesday November 14, 2018 at 10:00 a.m.** (continuing day to day thereafter as needed), and a video *de bene esse* deposition on **a date and time to be determined** (continuing day to day thereafter as needed). I am requesting these depositions inasmuch as the Plaintiff is terminally ill with mesothelioma, his health is in serious decline and his life expectancy is very short.

      By a copy of this letter, I am advising my adversaries that, unless notice is provided to you and this office, in writing, of specific objections within five days after service of the enclosed, this Recommendation may be signed in your discretion.

2789972.1



If there are no objections, and the Recommendation meets with your approval, I would appreciate it if you would be kind enough to sign and fax a copy to my attention.  I have included a self-addressed stamped envelope so that a file stamped copy of the original may be returned to me.

Thank you for your consideration in this matter.  If you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.

Robert E. Lytle, Esq.

REL/gah
Encl.
c:      All Counsel on attached list
        Leah C. Kagan, Esq.

SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400
By: Robert E. Lytle (NJ ID# 046331990)

SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270
(214) 276-7680
By: Leah Kagan (NJ ID# 013602009)

Attorneys for Plaintiffs

| | |
|---|---|
| WILLIAM ANDERTON and MARGIE ANDERTON,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L- 5866 -18AS<br><br>Civil Action – Asbestos Litigation<br><br><br>RECOMMENDATION |

THIS MATTER, having come before Special Master Agatha N. Dzikiewicz, Esq. on

October 8, 2018, upon informal application of Szaferman, Lakind, Blumstein & Blader, P.C.,

attorneys for Plaintiffs, requesting permission from the Court to conduct a video discovery and a

video *de bene esse* deposition of Plaintiff, William Anderton, and the Special Master having

considered the moving papers, and there being no opposition, and for good cause shown;

IT IS, on this _____ day of October, 2018;

RECOMMENDED, that the Plaintiff's video discovery deposition be scheduled on

**Wednesday November 14, 2018**, continuing day-to-day thereafter as needed, to be held at the

2791309.1

Location: Quality Inn and Suites, 2320 Leopard Lane, Malvern, AR 72104 to begin at **10:00 a.m. CST**; and it is

RECOMMENDED, that the Plaintiff's video *de bene esse* deposition be taken on **a date and time to be determined,** continuing day to day thereafter as needed; and

IT IS FURTHER RECOMMENDED that Plaintiff's counsel furnish Plaintiff's answers to interrogatories certified by Plaintiff and any available medical records prior to the discovery deposition; and

IT IS FURTHER RECOMMENDED that additional costs associated with ordering a transcript on an expedited basis, to the extent necessary, should be borne by the Plaintiff, and

IT IS FURTHER RECOMMENDED that all counsel may reschedule these depositions without further leave of Court; and

IT IS FURTHER RECOMMENDED that counsel should forward a copy of this recommendation to all counsel of record via facsimile or email immediately upon receipt.

_____
SPECIAL MASTER AGATHA N. DZIKIEWICZ, ESQ.

SZAFERMAN, LAKIND,
    BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400
By: Robert E. Lytle (NJ ID# 046331990)

SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270
(214) 276-7680
By: Leah Kagan (NJ ID# 013602009)

Attorneys for Plaintiffs

|  |  |
|---|---|
| WILLIAM ANDERTON and MARGIE ANDERTON,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION, MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L- 5866 -18AS<br><br><br>Civil Action – Asbestos Litigation<br><br><br>NOTICE OF DEPOSITION |

TO:      All Counsel on Attached List

PLEASE TAKE NOTICE that, pursuant to New Jersey Rules of Court, testimony will be taken by

deposition upon oral examination of the Plaintiff, William Anderton, to be held at Location: Quality Inn and

Suites, 2320 Leopard Lane, Malvern, AR 72104 on the dates and times set forth below:

| Deposition | Date | Time |
|---|---|---|
| Video Discovery | Wednesday, November 14, 2018 continuing day to day thereafter as needed. | 10:00 a.m. CST |
| Video *de bene esse* | On a date to be determined, continuing day to day thereafter as needed. continuing day to day thereafter as needed. | TBD |

SZAFERMAN, LAKIND
BLUMSTEIN & BLADER, P.C.
Attorneys for Plaintiffs

BY: _____
Robert E. Lytle, Esq.

Dated: October ___, 2018

2791309.1

## U.S. DISTRICT COURT
## DISTRICT OF NEW JERSEY (Trenton)

| | |
|---|---|
| WILLIAM ANDERTON and MARGIE ANDERTON, | CASE NO.: 3:18-cv-14949-MAS-LHG |
| Plaintiffs, | |
| | Civil Action – Asbestos Litigation |
| v. | |
| 3M COMPANY, et al., | NOTICE OF DEPOSITION |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and the annexed Signed Recommendation of the Asbestos Special Master of the Middlesex County New Jersey Superior Court, testimony will be taken by deposition upon oral examination of the Plaintiff, William Anderton, to be held at Quality Inn and Suites, 2320 Leopard Lane, Malvern, AR 72104 on the date and time set forth below:

| Deposition | Date | Time |
|---|---|---|
| Video Discovery | Wednesday, November 14, 2018 continuing day to day thereafter as needed. | 10:00 a.m. CST |

PLEASE TAKE FURTHER NOTICE that the deposition will be video recorded.

SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.

*Robert E. Lytle /CSM*

Robert E. Lytle (NJ ID# 046331990)
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400; Email: Rlytle@szaferman.com

Dated: *10/18/18*

2799949.1

E
X
H
I
B
I
T

B

# Exhibit B

391388.1

# SZAFERMAN LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Bruce M. Sattin***
Robert P. Panzer
Benjamin T. Branche*
Robert G. Stevens Jr.**
Michael D. Brottman**

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512

Of Counsel
Stephen Skillman
Linda R. Feinberg
Anthony J. Parrillo
Paul T. Koenig, Jr.
Nathan M. Edelstein**
Janine Danks Fox*
E. Elizabeth Sweetser
Keith L. Hovey***
Jeffrey M. Hall

Lindsey Moskowitz Medvin**
Robert L. Lakind***
Thomas J. Manzo**
Melissa A. Chimbangu
Brian A. Heyesey
Christopher S. Myles
Christopher S. Kwelty
Brandon C. Simmons*
Jason M. Sokel**

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

October 18, 2018

Our File# 71660.1

**VIA EMAIL AND OVERNIGHT DELIVERY**

To: All Counsel on Attached List

> Re:   Anderton  v.  3M Company, et al.
>       Docket No. MID-L- 5866 -18AS

Dear Counsel:

Enclosed please find the following in service upon you regarding this matter:

1.   A Notice of Deposition of Plaintiff, William Anderton, for a video discovery deposition to be held on **Wednesday November 14, 2018, beginning at 10:00 a.m. CST and continuing day to day thereafter as needed**.

2.   A copy of the Recommendation approved by Special Master Agatha Dzikiewicz permitting a video discovery deposition and a video *de bene esse* Deposition of Plaintiff, William Anderton;

3.   A copy of Plaintiffs' Complaint filed in this matter;

4.   A certified copy of Plaintiffs' Answers to Standard Interrogatories, Part I; and



5.      A copy of Plaintiff's Pathology Report. Any additional medical records received prior the deposition will be provided to counsel.

Thank you.

Very truly yours,

SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.

By:  *Robert E. Lytle /csm*
Robert E. Lytle, Esq.

REL/gah
Enclosures
c:      All Counsel On Attached List
Leah C. Kagan, Esq.

2799977.1

WILLIAM ANDERTON and MARGIE ANDERTON   v.   3M COMPANY, et al. et al

DOCKET NO. MID-L-5866 -18AS

COUNSEL MAILING LIST

LAST UPDATED: 10.17.18
ATTORNEY: REL

Our File:  71660 .1
Robert E. Lytle, Esq.
Szaferman, Lakind, Blumstein &  Blader P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
rlytle@szaferman.com
Ph:609-275-0400
Fx:609-275-4511
**Counsel for Plaintiff**

Leah Kagan, Esq.
Simon Greenstone Panatier, PC
1201 Elm Street, Suite 3400
Dallas, TX 75270
lkagan@sgpblaw.com
Ph: 214-276-7680
Fx: 214-276-7699
**Co-Counsel for Plaintiffs**

Catherine E. Brunermer
LAVIN, O'NEIL, CEDRONE & DISIPIO
190 North Independent Mall West
6th & Race Streets
Philadelphia, PA 19106
215-351-7541
215-627-2551 (general fax)
215-351-3044 (direct fax)
cbrunermer@lavin-law.com
**Counsel for 3M Company**

Ronald E. Hurst, Esquire
Albert L. Piccerilli, Esquire
Montgomery McCracken Walker & Rhoads LLP
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel: 856-488-7700
Fax: 215-731-3636
apiccerilli@mmwr.com
rhurst@mmwr.com
mmwr_asbestos@mmwr.com
**Counsel for Brenntag North America, Inc.;
Brenntag Specialties, Inc.**

Gary D. Van Lieu, Esq.
Kevin J. O'Toole, Esq.
Leslie Lombardy, Esq.
O'Toole Scrivo Fernandez Weiner
 Van Lieu, LLC
14 Village Park Road
Cedar Grove, NJ 07009
Ph: 973-239-5700
Fax: 973-239-3400
asbestos@oslaw.com
jlichtenstein@oslaw.com
llombardy@oslaw.com
mfeola@oslaw.com
**Counsel for Colgate Palmolive Co.**

Gavin J. Rooney, Esq.
Naomi D. Barrowclough, Esq.
Lowenstein Sandler, LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel: 973-597-2472
Fax: 973-597-2473
**grooney@lowenstein.com**
**nbarrowclough@lowenstein.com**
**Counsel for Conopco, Inc.; Unilever Home &
Personal Care USA; and Unilever United
States, Inc.**

John C. McMeekin II, Esq.
Linda Dobbins, Esq.
Rawle & Henderson LLP
Windener Building
One South Penn Square
1339 Chestnut Street, 16th Floor
Philadelphia, PA 19107
Ph:  215-575-4200
Fx: 215-563-2583
**ldobbins@rawle.com**
**jmcmeekin@rawle.com**
**NJAsbestos@rawle.com**
**Counsel for Cyprus Amax Minerals
Company; and Imerys Talc America, Inc.**

David L. Wysnewski, Esq.
Suzanne Halbardier, Esq.
Barry McTiernan & Moore, LLC
2 Rector Street, 14th Floor
New York, NY 10006
**Dwysnewski@bmmfirm.com**
**shalbardier@bmmfirm.com**
**Counsel for Eli Lilly and Company**

Jack N. Frost, Esq
Stephen R. Long, Esq.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
ph: 973-549-7000
fx: 973-360-9831
**jack.frost@dbr.com**
**asbestos@dbr.com**
**Counsel for Johnson & Johnson and Johnson**
**& Johnson Consumer Inc., a subsidiary of**
**Johnson & Johnson**

Donna duBeth Gardiner, Esq.
McElroy Deutsch Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Ph: 973-993-8100
Fax: 973-425-0161
*dgardiner@mdmc-law.com*
**Counsel for Pfizer, Inc.**

Edward Abbot, Esq.
Roy F. Viola, Esq.
Hawkins, Parnell Thackston & Young, LLP
600 Lexington Avenue, 8th Floor
New York, NY 10022
Tel: 212-897-9655
Fax: 646-589-8700
**njasbestos@hptylaw.com**
**eabbot@hptylaw.com**
**Counsel for Revlon, Inc.; and Revlon**
**Consumer Products Corporation**

Anthony J. Caruso, Esq.
Ronald Suss, Esq.
Richard Picini, Esq
Craig Zickerman - Paralegal
Caruso Smith
60 Route 46 East
Fairfield, NJ 07004
Tel: 973-667-6000
Fax: 973-667-1200
*acaruso@carusosmith.com*
*rsuss@carusosmith.com*
*rpicini@carusosmith.com*
*czickerman@carusosmith.com*
**Counsel for Union Carbide Corporation**

Marc Gaffrey, Esq.
Daniel R. Kuszmerski, Esq.
Andrew Kessler, Esq.
Hoagland, Longo, Moran, Dunst & Doukas, LLP
40 Paterson Street
P.O. Box 480
New Brunswick, NJ 08903
Tel: 732-545-4717
Fax: 732-545-4579
**mgaffrey@hoaglandlongo.com**
**hoagland-asbestos@hoaglandlongo.com**
**Counsel for Whittaker Clark & Daniels, Inc.**

2790098.1

**UNKNOWN COUNSEL FOR:**

CHEVRON PHILLIPS CHEMICAL COMPANY
LP
d/b/a DRILLING SPECIALTIES COMPANY
10001 Six Pines Drive
The Woodlands, TX 77380


CONOCOPHILLIPS COMPANY
(sued as successor-by-merger to
PHILLIPS PETROLEUM COMPANY)
600 Dairy Ashford, ML 3170
Houston, Texas 77079


THE LINCOLN ELECTRIC COMPANY
22801 St. Clair Avenue
Cleveland, OH 44117


MONTELLO, INC.
Corporate Headquarters
6106 E. 32nd Place, Suite 100
Tulsa, OK 74135


PHILLIPS 66 COMPANY
600 N. Dairy Ashford Street
Houston, Texas 77079

## U.S. DISTRICT COURT
## DISTRICT OF NEW JERSEY (Trenton)

| | |
|---|---|
| WILLIAM ANDERTON and MARGIE ANDERTON, | CASE NO.: 3:18-cv-14949-MAS-LHG |
| Plaintiffs, | |
| v. | Civil Action – Asbestos Litigation |
| 3M COMPANY, et al., | NOTICE OF DEPOSITION |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and the annexed Signed Recommendation of the Asbestos Special Master of the Middlesex County New Jersey Superior Court, testimony will be taken by deposition upon oral examination of the Plaintiff, William Anderton, to be held at Quality Inn and Suites, 2320 Leopard Lane, Malvern, AR 72104 on the date and time set forth below:

| Deposition | Date | Time |
|---|---|---|
| Video Discovery | Wednesday, November 14, 2018 continuing day to day thereafter as needed. | 10:00 a.m. CST |

PLEASE TAKE FURTHER NOTICE that the deposition will be video recorded.

SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.

*Robert E. Lytle /CSM*
Robert E. Lytle (NJ ID# 046331990)
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400; Email: Rlytle@szaferman.com

Dated: *10/19/18*

SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400
By: Robert E. Lytle (NJ ID# 046331990)

SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270
(214) 276-7680
By: Leah Kagan (NJ ID# 013602009)

Attorneys for Plaintiffs

**FILED**

**OCT 16 2018**

**SPECIAL MASTER**

| | |
|---|---|
| WILLIAM ANDERTON and MARGIE ANDERTON, <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, MIDDLESEX COUNTY <br><br> DOCKET NO.: MID-L- 5866 -18AS <br><br> Civil Action – Asbestos Litigation <br><br><br> RECOMMENDATION |

THIS MATTER, having come before Special Master Agatha N. Dzikiewicz, Esq. on

October 8, 2018, upon informal application of Szaferman, Lakind, Blumstein & Blader, P.C.,

attorneys for Plaintiffs, requesting permission from the Court to conduct a video discovery and a

video *de bene esse* deposition of Plaintiff, William Anderton, and the Special Master having

considered the moving papers, and there being no opposition, and for good cause shown;

IT IS, on this ___16___ day of October, 2018;

RECOMMENDED, that the Plaintiff's video discovery deposition be scheduled on

**Wednesday November 14, 2018**, continuing day-to-day thereafter as needed, to be held at the

2791309.1

Location: Quality Inn and Suites, 2320 Leopard Lane, Malvern, AR 72104 to begin at **10:00 a.m. CST**; and it is

RECOMMENDED, that the Plaintiff's video *de bene esse* deposition be taken on **a date and time to be determined**, continuing day to day thereafter as needed; and

IT IS FURTHER RECOMMENDED that Plaintiff's counsel furnish Plaintiff's answers to interrogatories certified by Plaintiff and any available medical records prior to the discovery deposition; and

IT IS FURTHER RECOMMENDED that additional costs associated with ordering a transcript on an expedited basis, to the extent necessary, should be borne by the Plaintiff, and

IT IS FURTHER RECOMMENDED that all counsel may reschedule these depositions without further leave of Court; and

IT IS FURTHER RECOMMENDED that counsel should forward a copy of this recommendation to all counsel of record via facsimile or email immediately upon receipt.


_____
SPECIAL MASTER AGATHA N. DZIKIEWICZ, ESQ.

2791309.1