# SZAFERMAN LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader - Rtd.
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Bruce M. Sattin***
Robert P. Panzer
Benjamin T. Branche*
Robert G. Stevens Jr.**
Michael D. Brottman**
Janine Danks Fox*
Thomas J. Manzo**

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars

Of Counsel
Stephen Skillman
Linda R. Feinberg
Anthony J. Parrillo
Paul T. Koenig, Jr.
Nathan M. Edelstein**
Keith L. Hovey***
Jeffrey M. Hall

Lindsey Moskowitz Medvin**
Robert L. Lakind***
Melissa A. Chimbangu
Brian A. Heyesey
Christopher S. Myles
Christopher S. Kwelty
Brandon C. Simmons*
Jason M. Sokel**

Counsel
Bhuchar Law Firm
www.bhucharlaw.com
Tel(609)514-5195

Counsel
Huff, Moran & Orron, LLC
1246 South River Road
Cranbury, NJ 08512
Tel(609)655-3600

November 9, 2018

**Via Electronic Filing and Email (lhg_orders@njd.uscourts.gov)**

Hon. Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7E
Trenton, New Jersey 08608

      Re:   William and Margie Anderton v. 3M Company, et al.
                Case No. 3:18-cv-14949 (MAS)(LHG)

Dear Judge Goodman:

      In accordance with Your Honor's instructions during yesterday's phone conference with counsel, enclosed please find a proposed form of Order in this matter permitting the depositions of Plaintiff William Anderton to begin during the week of November 26, 2018. Provided there are no objections to the form of the Order, and if the form of the Order meets with Your Honor's approval, I would appreciate it if you could sign and enter it on the docket.

      Thank you.

                                    Respectfully submitted,

                                    *s/ Robert E. Lytle*
                                    Robert E. Lytle

REL/jwk
Enc.
c:     Joseph Mandia, Esq.
         All Counsel on the Attached Service List

2819375.1