# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Albert L. Piccerilli**
Admitted in Pennsylvania & New Jersey

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel: 856-488-7700

Direct Dial:   215-772-7590
Fax:           215-731-3905
Email:         apiccerilli@mmwr.com

November 30, 2018

**VIA ELECTRONIC FILING**

The Honorable Michael A. Shipp
United States District Judge for the District of New Jersey
Court Room: 5W
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RE:  *Anderton v. 3M Company, et al.*
     Civil Action No. 3-18-cv-14949-MAS-LHG

*[Handwritten:  Granted.
So Ordered this 6th day
of December, 2018
Lois H. Goodman, U.S.M.J.]*

Dear Judge Shipp:

We represent Defendant Brenntag Specialties, Inc. ("BSI") in this action. We write to request an extension of time through December 14, 2018 for BSI to answer, move or otherwise respond to plaintiffs' complaint. No prior extensions have been obtained. It is anticipated that BSI will be filing an answer as opposed to a motion to dismiss or other response.

BSI was served with process on October 11, 2018. Because the initial 21-day period for BSI to respond to the complaint has expired, we cannot seek a clerk's order of extension. Nevertheless, granting BSI the extension that it now seeks would not result in any prejudice to the plaintiffs or any of the other parties to this action, and we ask that the Court grant the requested extension.

Thank you for your consideration of our request.

Respectfully submitted,

*s/Albert L. Piccerilli*
Albert L. Piccerilli

cc:   All Counsel of Record (via the Court's electronic filing system)

MONTGOMERY McCRACKEN WALKER & RHOADS LLP
PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE
A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
JOHN J. LEVY, NEW JERSEY RESPONSIBLE PARTNER

4830844v1