

**O'TOOLE SCRIVO FERNANDEZ WEINER VAN LIEU, LLC**

**STEVEN A. WEINER**
sweiner@oslaw.com

December 10, 2018

**VIA ELECTRONIC FILING**
The Honorable Michael A. Shipp
U.S. District Court - District of NJ
Clarkson S. Fisher U.S. Courthouse
Courtroom 5W
402 East State Street
Trenton, NJ 08608

So Ordered this 17th day of December, 2012.
/s/ Lois H. Goodman, U.S.M.J.

Re: William and Margie Anderton v. 3M Company, et al
USDC DC of NJ - Case No. 3:18-CV-14949-MAS-LHG

Dear Judge Shipp:

This firm represents defendant Colgate-Palmolive Company, in its capacity as a successor-in-interest to The Mennen Company ("Mennen") in the above-referenced matter. We respectfully request an extension of time for Mennen to answer, move or otherwise respond to plaintiffs' Complaint to December 28, 2018. We further request additional time to serve our Rule 26 Disclosures. No prior extensions have been obtained.

Mennen was served with the initial complaint on October 11, 2018. On October 15, 2018, Defendant Revlon filed a Notice of Removal to the United States District Court. The initial 21-day period to respond to the complaint has since passed; we cannot seek a clerk's Order of Extension. The proposed extension to December 28, 2018 to respond would not result in any prejudice to the plaintiffs or any of the other parties to this action.

Thank you for your consideration in this matter.

Very truly yours,

/s/ *Steven A. Weiner*

Steven A. Weiner

SAW:jmd
CC: All Counsel of Record *(via electronic mail)*