UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (Trenton)

| | |
|---|---|
| WILLIAM ANDERTON and MARGIE ANDERTON,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | CASE NO.: 3:18-cv-14949-MAS-LHG<br><br>Civil Action – Asbestos Litigation<br><br><br>ORDER |

**WHEREAS** this matter having been opened to the Court by way of a letter dated February 8, 2019 from counsel for Plaintiffs, WILLIAM ANDERTON and MARGIE ANDERTON, (Robert E. Lytle, Esq., Szaferman Lakind Blumstein & Blader, P.C., appearing for Plaintiffs); and *no objection having been received;* and for good cause shown;

**IT IS** on this __11th__ day of February, 2019;

**ORDERED** that the video *de bene esse* deposition of Plaintiff William Anderton shall be scheduled to be conducted on February 20, 2019; and

**IT IS FURTHER, ORDERED** that these depositions may be rescheduled thereafter, as needed, without leave of Court.

_____
Hon. Lois Goodman, U.S.M.J.

2796934.1
2893702.1