UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAMS ANDERTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY, et al., <br><br> Defendants. | Civil Action No. 18-14949 (MAS) (LHG) <br><br> **ORDER** |

This matter comes before the Court upon Plaintiffs William Anderton and Margie Anderton's ("Plaintiffs") Motion to Remand to the Superior Court of New Jersey. (ECF No. 4.) Defendants Revlon Inc. and Revlon Consumer Products Corp. (collectively, "Revlon Defendants") opposed (ECF Nos. 78, 79), and Plaintiffs replied (ECF No. 82). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Letter Opinion, and for other good cause shown,

**IT IS** on this 7th day of May 2019, **ORDERED** that:

Plaintiff's Motion to Remand (ECF No. 4) is **GRANTED**.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**